**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

_____

**No. 96-10854**
**Summary Calendar**

_____

**MITCHELL HUBER,**

**Plaintiff-Appellant,**

**VERSUS**

**TRAVIS WORTHAM, ET AL.,**

**Defendants,**

**TRAVIS WORTHAM; TEXAS YOUTH COMMISSION,**

**Defendants-Appellees.**

_____

Appeal from the United States District Court
For the Northern District of Texas

(3:94-CV-1897-C)
_____

July 18, 1997

Before JONES, DeMOSS, and PARKER, Circuit Judges.

PER CURIAM:[*]

We have carefully reviewed the briefs, the record excerpts,

and relevant portions of the record itself cited by the parties in

_____

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this
opinion should not be published and is not precedent except under
the limited circumstances set forth in 5TH CIR. R. 47.5.4.

their briefs.  For the reasons stated by the district court in its Memorandum Opinion and Order filed September 11, 1995, and in its Order filed June 20, 1996, we **AFFIRM** the Final Judgment entered by the district court on June 20, 1996, which decreed that the plaintiff, Mitchell Huber, take nothing from the defendants in this case.